**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

PETRIE MARQUETTE ROBINSON,
#1635660                                        §

VS.                                             §                   CIVIL ACTION NO. 6:20cv347

DIRECTOR, TDCJ-CID                              §

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

This action was referred to United States Magistrate Judge John D. Love pursuant to 28

U.S.C. § 636.  On October 15, 2020, the Magistrate Judge issued a Report and Recommendation

(Docket No. 5), recommending that the petition be dismissed with prejudice.  The Report further

recommended that a certificate of appealability be denied.

This Court reviews the findings and conclusions of the Magistrate Judge *de novo* only if a

party objects within fourteen days of service of the Report and Recommendation.  28 U.S.C.

§ 636(b)(1).  In conducting a *de novo* review, the Court examines the entire record and makes an

independent assessment under the law.  *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430

(5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1)

(extending the time to file objections from ten to fourteen days).  Here, Petitioner did not file

objections in the prescribed period.  The Court therefore reviews the Magistrate Judge's findings

for clear error or abuse of discretion and reviews his legal conclusions to determine whether they

are contrary to law.  *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*,

492 U.S. 918 (1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the

standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and Recommendation, the Court finds no clear error or abuse of discretion and no conclusions contrary to law.  The Court therefore adopts the Report and Recommendation of the United States Magistrate Judge (Docket No. 5) as the findings of this Court.

Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Report (Docket No. 5) is **ADOPTED**.  It is further

**ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**.  A certificate of appealability is **DENIED**.  All motions not previously ruled on are **DENIED AS MOOT**.

So **ORDERED** and **SIGNED** this **9th**    day of  **December, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2